IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON L. BURTON, | No. 2:14-CV-2602-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DANIEL PARAMA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion (Doc. 11) for an extension of time to file an opposition to respondent's motion to dismiss.  Good cause appearing therefor, petitioner's motion is granted.  The opposition brief filed on August 13, 2015, is deemed timely.  Respondent's motion to dismiss will be addressed separately.

IT IS SO ORDERED.


DATED: March 10, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1